IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MATTHEW WILHERE                :        CIVIL ACTION
                               :
              v.               :
                               :
DELAWARE COUNTY, et al.        :        NO. 09-22


ORDER

        AND NOW, this 1st day of April, 2010, upon
consideration of the defendants' Delaware County, Manuel Zayas,
Joseph Nigro, and Lynn Mahoney's Motion for Summary Judgment
(Docket No. 13), the plaintiff's opposition, the defendants'
reply thereto, after a hearing on the defendants' motion for
summary judgment held on January 4, 2010, and for the reasons
stated in a memorandum of law bearing today's date, IT IS HEREBY
ORDERED that the defendants' motion is DENIED.


                               BY THE COURT:




                               /s/Mary A. McLaughlin
                               MARY A. McLAUGHLIN, J.